# In the United States Court of Federal Claims

No. 25-1559
Filed: December 2, 2025

|  |  |
|---|---|
| LISA SUSAN COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

On September 19, 2025, Lisa Susan Collins, proceeding *pro se*, filed a complaint in this Court vaguely asserting that her veteran disability payment was erroneously returned due to a bank error. *See* Compl., ECF No. 1. On October 22, 2025, the Court issued an order directing "Ms. Collins to plead a more definite statement of any monetary claim she has against the United States." *See* Oct. 22, 2025 Order, ECF No. 5 at 1. The order made clear that Ms. Collins was required to submit an amended pleading or response no later than November 25, 2025. *Id*. at 2. To date, the Court has not received an amended pleading or response from Ms. Collins.

The Court accordingly **DISMISSES** Ms. Collins' complaint, ECF No. 1, without prejudice. The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge

2